Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  16−31482−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Wade N Cohen
 23 Tenby Chase Drive
 Voorhees, NJ 08043

Social Security No.:
 xxx−xx−4705

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

  Please be advised that on September 19, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 53 − 52
Order Granting Application for Extension of Loss Mitigation (Related Doc # 52). Loss Mitigation Period Extended to: 12/18/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/19/2017. (bc)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 19, 2017
JAN: bc

                           Jeanne Naughton
                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-31482-ABA
Wade N Cohen                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm             E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2017 02:26:59      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD  57709-6154
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Wade N Cohen wilson.schroedinger@comcast.net
              Nona   Ostrove    on behalf of Creditor    Sturbridge Lakes Association nostrove@ostrovelaw.com
                                                                                              TOTAL: 5