UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire
24 N. White Horse Pike
Somerdale, NJ 08083
856-783-4440
856-783-5504 fax

**Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wade N. Cohen,
Debtor(s)

Case No.: 16-31482

Chapter: 13

Judge: ABA Jr

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 19, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____Wade N. Cohen____ :

Property:      23 Tenby Chase Drive, Voorhees, NJ 08043

Creditor:      Ditech Financial LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Wade N. Cohen_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 18, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-31482-ABA
Wade N Cohen                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db             +Wade N Cohen,    23 Tenby Chase Drive,    Voorhees, NJ 08043-2962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Wade N Cohen wilson.schroedinger@comcast.net
              Nona  Ostrove    on behalf of Creditor    Sturbridge Lakes Association nostrove@ostrovelaw.com
                                                                                             TOTAL: 5