UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire (031441997)
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax
Attorney for Debtor(s)

**Order Filed on January 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Wade N. Cohen,
Debtor(s).

Case No.: 16-31482

Chapter: 13

Judge: ABA, Jr

## ORDER AUTHORIZING RETENTION OF

Real Estate Attorney

The relief set forth on the following page is **ORDERED**.

**DATED: January 17, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>David A. Wollman, Esquire</u>
as <u>Real Estate Attorney</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Wollman Law Firm
   200 Haddonfield Berlin Rd, Ste 102
   Gibbsboro, NJ 08026

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2