UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-31482 |
|---|---|---|
| Wade N. Cohen, | Chapter: | 13 |
| Debtor. | Judge: | Andrew B. Altenburg Jr |

## NOTICE OF PROPOSED PRIVATE SALE

_____Wade N. Cohen_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:   Jeannie Naughton
Clerk of the Bankruptcy Court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg Jr.___ on ___April 3, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, ___401 Market Street Camden, NJ 08102___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
23 Tenby Chase Drive
Voorhees, N.J. 08043

Proposed Purchaser:     180 Real Estate Development, LLC

Sale price:  $250,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Alicia Weister, Realtor & David A. Wollman, Esquire |
|---|---|
| Amount to be paid: | $15,000 per listing     and   $1,500.00     per Agreement |
| Services rendered: | Alicia Weister is the Listing & Marketing agent of the property who is performing realtor services from listing to closing. Mr. Wollman is debtor's real estate attorney representing him and handling all short sale negotiations and real estate matters through closing.<br><br>Seek waiver of Fed. R. Bankr. P. 6004(h). |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Kimberly A. Wilson, Esquire

Address: 24 North White Horse Pike Somerdale, NJ 08083

Telephone No.: (856) 783-4440

*rev.8/1/15*

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 16-31482-ABA
Wade N Cohen                                                            Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Mar 08, 2018
                               Form ID: pdf905             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2018.
db             +Wade N Cohen,    23 Tenby Chase Drive,    Voorhees, NJ 08043-2962
aty            +David A. Wollman,    The Wollman Law Firm,    200 Haddonfield-Berlin Road,    Suite 102,
                 Gibbsboro, NJ 08026-1239
aty            +Pluese Becker & Saltzman,    2000 Horizon Way,    Ste. 900,    Mt. Laurel, NJ 08054-4303
r              +Alicia Weister,    Prudential Fox & Roach Realty,    41 S. Haddon Avenue,
                 Haddonfield, NJ 08033-1800
516518683      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516518685      +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
516491911      +Pluese, Becker, & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4303
516518686      +Posel Mnagement Company,    910 Berlin Rd,    Voorhees, NJ 08043-3503
516518681      +Priscilla Peloubet Cohen,    12 Fulmar Drive,    Voorhees, NJ 08043-1626
516518687       Remex, Inc.,    307 Wall Street,    Princeton, NJ 08540-1515
516588593     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516519538      +State of NJ,    c/o Attorney General,    25 Market Street,    Trenton, NJ 08611-2148
516518688      +State of NJ,    Division of Taxation,    Bankruptcy Division,    PO Box 25 Market Street,
                 Trenton, NJ 08625-0025
516518680      +Sturbridge Lakes Association,    Associa Mid-Atlantic,    14000 Horizon Way Ste 200,
                 Mt. Laurel, NJ 08054-4342
516518689      +TD Bank USA/Target Credit,    3701 Wayzata Blvd #MS6C,    Minneapolis, MN 55416-3401
516518691      +United States of America,    c/o Attorney General District NJ,    970 Broad Street,
                 Newark, NJ 07102-2527
516518692      +Verizon,    500 Technology Drive,    Ste 300,    St. Charles, MO 63304-2225
516519539      +Wells Fargo Bank,    PO Box 14517,    Des Moines, IA 50306-3517
516515863       Wells Fargo Bank N. A.,    PO Box 10438,    Des Moines, IA 50306-0438
516518693       Wells Fargo Bank NA,    1689 Rte 10 East,    Morris Plains, NJ 07950
516673503       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516518694      +Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2018 23:24:41     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2018 23:24:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2018 23:24:26     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD  57709-6154
cr              E-mail/Text: cio.bncmail@irs.gov Mar 08 2018 23:24:16     Internal Revenue Service,
                 955 S. Springfield Avenue,    Springfield, NJ  07081
516716981      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 08 2018 23:24:24     Atlantic City Electric,
                 Po Box 13610,    Philadelphia, PA 19101-3610
516518682      +E-mail/Text: clientrep@capitalcollects.com Mar 08 2018 23:25:38     Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
516744824      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 08 2018 23:24:24     Delmarva Power and Light Co.,
                 5 Collins Dr., Suite 2133,    Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
516491910      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2018 23:24:26     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516671532       E-mail/Text: bankruptcy.bnc@ditech.com Mar 08 2018 23:24:26
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516643722       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 08 2018 23:24:54     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
516591801      +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 08 2018 23:25:35     Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
516690310       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2018 23:39:56
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
516667029      +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2018 23:26:35     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516537738*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
516518684*      Internal Revenue Service,    Bankruptcy Dept,    PO Box 7346,    Philadelphia, PA 19101-7346
516518690*     +United States of America,    c/o Attorney General,    Dept of Justice-Civil Division,
                 950 Pennsylvania Avenue,    Washington, DC 20530-0009
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 08, 2018
                              Form ID: pdf905          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kimberly A. Wilson    on behalf of Debtor Wade N Cohen wilson.schroedinger@comcast.net
          Nona  Ostrove    on behalf of Creditor   Sturbridge Lakes Association nostrove@ostrovelaw.com
                                                                                             TOTAL: 5
```