UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
Kimberly A. Wilson, Esquire
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
(856) 783-5504 fax

Attorney for Debtor,
Wade N. Cohen

Order Filed on April 3, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wade N. Cohen,

Debtor.

| | |
|---|---|
| Case No.: | 16-23164 |
| Hearing Date: | April 3, 2018 |
| Chapter: | 13 |
| Judge: | Andrew B. Altenburg Jr |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is
**ORDERED**.

**DATED: April 3, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly

known as _____23 Tenby Chase Drive,  Voorhees N.J. 08043_____, New Jersey (the Real

Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract

of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are

otherwise avoided by court order. Until such satisfaction the real property is not free and clear of

liens.

3.  ☒      In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a

request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the

following professional(s) may be paid at closing.

| Name of professional: | Alicia Weister, BHHS          David A. Wollman, Esquire |
|---|---|
| Amount to be paid: | $15,000                                    $1,500.00 |
| Services rendered: | Listing & Marketing of real property and all customary realtor services in the sale of residential properties through closing. David A. Wollman, Esq. handled the short sale negotiation and real estate attorney services. |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate

broker's commissions and attorney's fees for the Debtor's attorneys on further order of this

court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and

adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $   $3,000.00_ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9.  Other provisions:          ORDERED that Fed. R.Bankr. P. 6004(h), which provides for a 14 day stay of this Order is not applicable.

ORDERED that the liens of the (Division of Taxation,  the State of New Jersey, DJ 259789-2011 and State of New Jersey, Department of Labor, Division of Wage and Hour Compliance, DJ 132900-2014) are hereby avoided and are not required to be paid at sale.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-31482-ABA
Wade N Cohen                                                                     Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Apr 03, 2018
                             Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2018.
db            +Wade N Cohen,    23 Tenby Chase Drive,    Voorhees, NJ 08043-2962
aty           +David A. Wollman,    The Wollman Law Firm,    200 Haddonfield-Berlin Road,    Suite 102,
               Gibbsboro, NJ 08026-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2018 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
             summarymail@standingtrustee.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Kimberly A. Wilson    on behalf of Debtor Wade N Cohen wilson.schroedinger@comcast.net
            Nona Ostrove    on behalf of Creditor    Sturbridge Lakes Association nostrove@ostrovelaw.com
            Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                            TOTAL: 6