UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
Fax: 856-783-5504
Attorney for Debtor(s)

Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wade N. Cohen,

Debtor(s)

Case No.: 16-31482

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kimberly A. Wilson, Esq_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_395.00\_\_\_\_ per month for \_\_\_\_27\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*