UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Kimberly A. Wilson, LLC
24 North White Horse Pike
Somerdale, NJ 08083
(856) 783-4440
Fax: 856-783-5504
Attorney for Debtor(s)

Order Filed on June 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Wade N. Cohen,

Debtor(s)

| | |
|---|---|
| Case No.: | 16-31482 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Kimberly A. Wilson, Esq_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____400.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____395.00_____ per month for _____27_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Wade N Cohen  
    Debtor

Case No. 16-31482-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 14, 2019  
                    Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.  
db         +Wade N Cohen,   33 Encampment Drive,   Bedminster, NJ 07921-1836  
aty       +David A. Wollman,   The Wollman Law Firm,   200 Haddonfield-Berlin Road,   Suite 102,   Gibbsboro, NJ 08026-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Kimberly A. Wilson    on behalf of Debtor Wade N Cohen wilson.schroedinger@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com  
       Nona Ostrove    on behalf of Creditor    Sturbridge Lakes Association nostrove@ostrovelaw.com  
       Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
                                            TOTAL: 6