Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−31482−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wade N Cohen
   33 Encampment Drive
   Bedminster, NJ 07921

Social Security No.:
   xxx−xx−4705

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 15, 2018.

On 10/14/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             November 20, 2019
Time:              10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 15, 2019
JAN: bed

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-31482-ABA
Wade N Cohen                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Oct 15, 2019
                              Form ID: 185             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.

```
db              +Wade N Cohen,    33 Encampment Drive,    Bedminster, NJ 07921-1836
aty             +David A. Wollman,    The Wollman Law Firm,    200 Haddonfield-Berlin Road,   Suite 102,
                  Gibbsboro, NJ 08026-1239
aty             +Pluese Becker & Saltzman,    2000 Horizon Way,   Ste. 900,   Mt. Laurel, NJ 08054-4303
r               +Alicia Weister,    Prudential Fox & Roach Realty,    41 S. Haddon Avenue,
                  Haddonfield, NJ 08033-1800
517396492       +Department of Labor-Div of Employer Accounts,    1 John Fitch Plaza,   PO Box 379,
                  Trenton, NJ 08611-1760
517396493       +Department of Labor-Div of Employer Accounts,    1 John Fitch Plaza,   PO Box 389,
                  Trenton, NJ 08611-1760
517396491       +New Jersey Dept of Labor & Workforce Development,    Div of Unemployment & Disability Insuran,
                  Bankruptcy Unit,   1 John Fitch Plaza,   PO Box 951,    Trenton, NJ 08611-1760
516491911       +Pluese, Becker, & Saltzman,    2000 Horizon Way Ste 900,    Mount Laurel, NJ 08054-4303
516518686       +Posel Mnagement Company,    910 Berlin Rd,   Voorhees, NJ 08043-3503
516518681       +Priscilla Peloubet Cohen,    12 Fulmar Drive,   Voorhees, NJ 08043-1626
516518687        Remex, Inc.,   307 Wall Street,    Princeton, NJ 08540-1515
516588593      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                  PO Box 245,   Trenton, NJ 08695-0245)
516519538       +State of NJ,   c/o Attorney General,    25 Market Street,   Trenton, NJ 08611-2148
516518688       +State of NJ,   Division of Taxation,    Bankruptcy Division,   PO Box 25 Market Street,
                  Trenton, NJ 08625-0025
516518680       +Sturbridge Lakes Association,    Associa Mid-Atlantic,    14000 Horizon Way Ste 200,
                  Mt. Laurel, NJ 08054-4342
516518689       +TD Bank USA/Target Credit,    3701 Wayzata Blvd #MS6C,    Minneapolis, MN 55416-3440
516519539       +Wells Fargo Bank,    PO Box 14517,   Des Moines, IA 50306-3517
516515863        Wells Fargo Bank N. A.,   PO Box 10438,   Des Moines, IA 50306-0438
516518693        Wells Fargo Bank NA,    1689 Rte 10 East,   Morris Plains, NJ 07950
516673503        Wells Fargo Bank, N.A.,   Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
516518694       +Wells Fargo Card Services,    PO Box 10347,   Des Moines, IA 50306-0347
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2019 01:26:03     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2019 01:25:59     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
lm               E-mail/Text: bankruptcy.bnc@ditech.com Oct 16 2019 01:25:14     Ditech Financial LLC,
                  P.O. Box 6154,   Rapid City, SD  57709-6154
cr               E-mail/Text: cio.bncmail@irs.gov Oct 16 2019 01:24:57     Internal Revenue Service,
                  955 S. Springfield Avenue,   Springfield, NJ  07081
516716981       +E-mail/Text: bankruptcy@pepcoholdings.com Oct 16 2019 01:25:11     Atlantic City Electric,
                  Po Box 13610,   Philadelphia, PA 19101-3610
516518682        E-mail/Text: clientrep@capitalcollects.com Oct 16 2019 01:27:06     Capital Collection Service,
                  PO Box 150,   West Berlin, NJ 08091
516518683       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 16 2019 01:30:01     Capital One,
                  PO Box 30285,   Salt Lake City, UT 84130-0285
516744824       +E-mail/Text: bankruptcy@pepcoholdings.com Oct 16 2019 01:25:11     Delmarva Power and Light Co.,
                  5 Collins Dr., Suite 2133,   Mail Stop 84CP42,   Carneys Point, NJ 08069-3600
516491910       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 16 2019 01:25:14     Ditech Financial LLC,
                  PO Box 6172,   Rapid City, SD 57709-6172
516671532        E-mail/Text: bankruptcy.bnc@ditech.com Oct 16 2019 01:25:14
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
516643722        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 16 2019 01:26:18     Jefferson Capital Systems LLC,
                  Po Box 7999,   Saint Cloud Mn 56302-9617
516591801       +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 16 2019 01:27:01     Navy Federal Credit Union,
                  PO Box 3000,   Merrifield, VA 22119-3000
516518685       +E-mail/Text: ext_ebn_inbox@navyfederal.org Oct 16 2019 01:27:01     Navy Federal Credit Union,
                  PO Box 3700,   Merrifield, VA 22119-3700
516690310        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2019 01:43:26
                  Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.A.,    POB 41067,
                  Norfolk VA 23541
516667029       +E-mail/PDF: gecsedi@recoverycorp.com Oct 16 2019 01:31:27     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516518692       +E-mail/Text: wfmelectronicbankrupcynotifications@verizonwireless.com Oct 16 2019 01:24:19
                  Verizon,   500 Technology Drive,   Ste 300,   St. Charles, MO 63304-2225
                                                                                               TOTAL: 16
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Oct 15, 2019
                               Form ID: 185             Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516537738*     +Department of Treasury,   Internal Revenue Service,   P O Box 7346,
                 Philadelphia, PA 19101-7346
516518684*      Internal Revenue Service,   Bankruptcy Dept,   PO Box 7346,   Philadelphia, PA 19101-7346
516518690*     +United States of America,   c/o Attorney General,   Dept of Justice-Civil Division,
                 950 Pennsylvania Avenue,   Washington, DC 20530-0009
516518691*     +United States of America,   c/o Attorney General District NJ,   970 Broad Street,
                 Newark, NJ 07102-2527
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kimberly A. Wilson    on behalf of Debtor Wade N Cohen wilson.schroedinger@comcast.net,
               courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com
              Nona Ostrove    on behalf of Creditor    Sturbridge Lakes Association nostrove@ostrovelaw.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
                                                                                             TOTAL: 6
```