**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Wade N Cohen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4705<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–31482–ABA | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wade N Cohen

12/3/20                                              **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-31482-ABA |
| Wade N Cohen | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wade N Cohen, 33 Encampment Drive, Bedminster, NJ 07921-1836 |
| aty | + | David A. Wollman, The Wollman Law Firm, 200 Haddonfield-Berlin Road, Suite 102, Gibbsboro, NJ 08026-1239 |
| aty | + | Pluese Becker & Saltzman, 2000 Horizon Way, Ste. 900, Mt. Laurel, NJ 08054-4303 |
| r | + | Alicia Weister, Prudential Fox & Roach Realty, 41 S. Haddon Avenue, Haddonfield, NJ 08033-1800 |
| lm | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517396492 | + | Department of Labor-Div of Employer Accounts, 1 John Fitch Plaza, PO Box 379, Trenton, NJ 08611-1760 |
| 517396493 | + | Department of Labor-Div of Employer Accounts, 1 John Fitch Plaza, PO Box 389, Trenton, NJ 08611-1760 |
| 516671532 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517396491 | + | New Jersey Dept of Labor & Workforce Development, Div of Unemployment & Disability Insuran, Bankruptcy Unit, 1 John Fitch Plaza, PO Box 951 Trenton, NJ 08611-1760 |
| 516491911 | + | Pluese, Becker, & Saltzman, 2000 Horizon Way Ste 900, Mount Laurel, NJ 08054-4303 |
| 516518686 | + | Posel Mnagement Company, 910 Berlin Rd, Voorhees, NJ 08043-3503 |
| 516518681 | #+ | Priscilla Peloubet Cohen, 12 Fulmar Drive, Voorhees, NJ 08043-1626 |
| 516518687 | | Remex, Inc., 307 Wall Street, Princeton, NJ 08540-1515 |
| 516588593 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516519538 | + | State of NJ, c/o Attorney General, 25 Market Street, Trenton, NJ 08611-2148 |
| 516518688 | + | State of NJ, Division of Taxation, Bankruptcy Division, PO Box 25 Market Street, Trenton, NJ 08625-0025 |
| 516518680 | + | Sturbridge Lakes Association, Associa Mid-Atlantic, 14000 Horizon Way Ste 200, Mt. Laurel, NJ 08054-4342 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Dec 04 2020 02:33:00 | Internal Revenue Service, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 516716981 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 03 2020 22:04:00 | Atlantic City Electric, Po Box 13610, Philadelphia, PA 19101-3610 |
| 516518682 | + | Email/Text: clientrep@capitalcollects.com | Dec 03 2020 22:06:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 516518683 | + | EDI: CAPITALONE.COM | Dec 04 2020 02:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516744824 | + | Email/Text: bankruptcy@pepcoholdings.com | | |

| Recip ID | Bypass | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 03 2020 22:04:00 | Delmarva Power and Light Co., 5 Collins Dr., Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 516643722 | | EDI: JEFFERSONCAP.COM | Dec 04 2020 02:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 516591801 | + | EDI: NFCU.COM | Dec 04 2020 02:33:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 516518685 | + | EDI: NFCU.COM | Dec 04 2020 02:33:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 516690310 | | EDI: PRA.COM | Dec 04 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516667029 | + | EDI: RMSC.COM | Dec 04 2020 02:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516518689 | + | EDI: WTRRNBANK.COM | Dec 04 2020 02:33:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd #MS6C, Minneapolis, MN 55416-3440 |
| 516518692 | + | EDI: VERIZONCOMB.COM | Dec 04 2020 02:33:00 | Verizon, 500 Technology Drive, Ste 300, St. Charles, MO 63304-2225 |
| 516519539 | + | EDI: WFFC.COM | Dec 04 2020 02:33:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 516515863 | | EDI: WFFC.COM | Dec 04 2020 02:33:00 | Wells Fargo Bank N. A., PO Box 10438, Des Moines, IA 50306-0438 |
| 516518693 | | EDI: WFFC.COM | Dec 04 2020 02:33:00 | Wells Fargo Bank NA, 1689 Rte 10 East, Morris Plains, NJ 07950 |
| 516673503 | | EDI: WFFC.COM | Dec 04 2020 02:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516518694 | + | EDI: WFFC.COM | Dec 04 2020 02:33:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516537738 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516518684 | * | Internal Revenue Service, Bankruptcy Dept, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516518691 | *+ | United States of America, c/o Attorney General District NJ, 970 Broad Street, Newark, NJ 07102-2527 |
| 516518690 | *+ | United States of America, c/o Attorney General, Dept of Justice-Civil Division, 950 Pennsylvania Avenue, Washington, DC 20530-0009 |
| 516491910 | ##+ | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-1     User: admin     Page 3 of 3
Date Rcvd: Dec 03, 2020     Form ID: 3180W     Total Noticed: 36

Date: Dec 05, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kimberly A. Wilson | on behalf of Debtor Wade N Cohen k_wilsonlaw@comcast.net courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com |
| Nona Ostrove | on behalf of Creditor Sturbridge Lakes Association nostrove@ostrovelaw.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |

TOTAL: 6